IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LOTTIE THOMPSON-GROVES
and WILLIAMS GROVES                                                                                    PLAINTIFFS

v.                                                         CIVIL ACTION NO. 2:19 –CV-189-KS-MTP

HUB BOWLING LANES, INC.
and JACQUELINE &
ELIZABETH BROOME                                                                                       DEFENDANTS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, BEFORE THE COURT, the parties hereto and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) give notice that this matter has been resolved and hereby stipulate that this matter is, therefore, dismissed with prejudice as to all claims and all parties, with each party to bear its own costs, expenses and fees.

SO ORDERED AND ADJUDGED, on this the 27th day of August, 2020.

AGREED:                                                                   AGREED:

*s/Seth M. Hunter (MSB# 101145)*                    *s/Pshon Barrett (MSB# 2071)*
Dukes Dukes & Hunter                                        ADA Group, LLC
P.O. Box 2055                                                       4001 Carmichael Rd., Ste. 570
Hattiesburg, MS 39403                                         Montgomery, AL 36106
Tel: (601) 544-4121                                               Tel: (334) 819-4030
Fax: (601) 544-4425                                              Fax: (334) 819-4032
shunter@jdukeslaw.com                                       pshon.barrett@ADA-Firm.com
*Attorney for Defendants*                                     *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27, 2020, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF system which will send a notice of electronic filing to all parties of record.

**THE ADA GROUP, LLC**

/s/ *Pshon Barrett*
PSHON BARRETT, ESQ.
*Attorney for the Plaintiffs*